# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 27, 2008

136899

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

GERALD PITCHER and DORIS PITCHER,
     Plaintiffs-Appellants,

v

SEALTEX COMPANY, INC., LS MOLD, INC.,
SEALTEX CUSTOM MOLDING, L.L.C.,
LLOYD KONING, and MARLA KONING,
     Defendants,
and

LARRY KONING and DAVID KONING,
     Defendants-Appellees.

SC: 136899
COA: 274255
Muskegon CC: 04-043430-CK

_____/

On order of the Court, the application for leave to appeal the June 5, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 27, 2008

_____
Clerk